**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CYRILENE EASTMOND** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-5280 |
| | : | |
| **YELENA GALKIN and** | : | |
| **CITY OF PHILADELPHIA** | : | |

**ORDER**

This 2nd day of February, 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion for Partial Summary Judgment (ECF 23) is **DENIED**. It is further **ORDERED** that Defendants' Motion for Summary Judgment (ECF 22) is **GRANTED** in part and **DENIED** in part. Plaintiff's claims in Counts II-VII of Plaintiff's Complaint (ECF 1) are **DISMISSED**. Plaintiff's FMLA retaliation claim in Count I of the Complaint is **DISMISSED**; the FMLA interference claim in Count I of the Complaint remains for trial.

/s/ Gerald Austin McHugh
United States District Judge