**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CYRILENE EASTMOND** : | |
| : | |
| v. : | **CIVIL ACTION NO. 21-5280** |
| : | |
| **YELENA GALKIN and** : | |
| **CITY OF PHILADELPHIA** : | |

**ORDER**

This 12th day of August, 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion for Reconsideration (ECF 40) of this Court's February 2, 2024 Order (ECF 36) granting summary judgment to Defendants as to Plaintiff's claims in Counts II-VII of the Complaint is **DENIED**.

/s/ Gerald Austin McHugh
United States District Judge